UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Karine Yegiazaryan, | ) Case No.  11-cv-00832-LJO-MJS |
| | ) |
| Plaintiff, | ) |
| | ) ORDER GRANTING THE PARTIES |
| vs. | ) JOINT STIPULATION AND MOTION |
| | ) TO DISMISS ENTIRE ACTION WITH |
| Resurgent Capital Services, LP, | ) PREJUDICE |
| | ) |
| Defendant. | ) |
| | ) |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**The Clerk is directed to close this action in its entirety.**

IT IS SO ORDERED.

Dated:   __**June 16, 2011**__                    __**/s/ Lawrence J. O'Neill**__
                                                              UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting the Parties' Joint Stipulation and Motion to Dismiss Action With Prejudice

1